UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EDWARD ERDMANN,

    Petitioner,

v.

ERIC RARDIN,

    Respondent.

Case No. 25-cv-13081

Honorable Robert J. White

**JUDGMENT**

The Court has summarily dismissed the petition for a writ of habeas corpus. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondent and against petitioner. Costs to be permitted in accordance with law.

    KINIKIA D. ESSIX
    CLERK OF THE COURT

    By: s/Tara Villereal
        Deputy Clerk

Dated: November 19, 2025

Approved: s/Robert J. White
        Robert J. White
        United States District Judge