UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN
EASTERN DIVISION

CHARLES EDWARD ERDMANN,

    Petitioner,

v.

WARDEN FCI (ERIC RARDIN),

    Respondent.

_____/

Case No. 25-cv-13081

USDC Case No. 3:15-cr-00080
District of North Dakota

FILED
DEC 0 1 2025
CLERK'S OFFICE
DETROIT

MOTION FOR EXTENSION OF TIME

    In accordance with Federal Rules Civil Procedure, Rule 6 Extension of Time, Petitioner Charles Erdmann, acting pro se, moves this court to grant motion for extension of time on the the above cause action for 45 days. As grounds for this request Erdmann states he requires legal materials to perfect his reply, and requires permission from his institutional job, to schedule time at the legal library.

    Wherefore, Petitioner Charles Erdmann asks this court to grant this motion for the following reasons and authority and/or for any/all reason it finds just.

Dated: 11-24-25

Respectfully submitted,

s/ *[signature]*
Charles Erdmann (Pro se)
Reg. No. 13945-059
F.C.I. Milan
P.O. Box 1000
Milan. MI 48160

1.

Certificate of Service

I Charles Erdmann declare under 18 USC § 1746, that I have disclosed a true and exact copy of the Motion for Extension of Time to the following party of record: United States Attorney's Office, 211 West Fort Street, Suite 2001, Detroit, MI 48226, via the US Mails with first class postage affixed on the envelope, on this 24 day of November 2025.

s/ *[signature]*
Charles Erdmann

Charles Erdmann
Reg. No. 13945-059, F.C.I. Milan, P.O. Box 1000
Milan, MI 48160

Court Clerk's Office
Theodore Levin United States Courthouse
231 West Lafayette Boulevard, 5th Floor
Detroit, MI 48226

Re: Erdmann v. Warden: filing motion for extension of time in
    Case No: 25-cv-13081

Dear Clerk:

　　　Enclosed is a motion for extension of time. Would you be so kind to file it accordinly?

　　　　　　　　　　　　　　　　　　　　　　Kind Regards,

　　　　　　　　　　　　　　　　　　　　　　s/ [signature]
　　　　　　　　　　　　　　　　　　　　　　Charles Erdmann

ce

cc: files
　　us attorney's office (detroit mi)

Charles Erdmann
NAME

13945-059
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
24 NOV 2025 PM 7 L

Court Clerk's Office
Theodore Levin United States Courthouse
231 West Lafayette Boulevard, 5th Floor
Detroit, MI. 48226

48226-277758

RECEIVED
DEC 01 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

"Legal Mail"