Charles Erdmann #13945-059
FCI Mian, P.O. Box 1000
Milan, Michigan 48160

United States District Court
Attn: Clerk of Court
231 West Lafayette Boulevard, 5th Floor
Detroit, Michigan 48226



December 8, 2025

RE: Case No.: 25-cv-13081; Erdman v. Warden

My case has been adjudicated as of October 11, 2025 and per Criminal Rules and Procedures, I am required to inform the Court of my wish to proceed on appeal. Please docket this letter as timely and forward my request of appeal to the Sixth Circuit Court of Appeals. Thank you for your time and consideration.

Respectfully submitted on this 8th day of December, 2025.

/s/ _____
CHARLES ERDMANN

Charles Erdman 13945-059

13945-059
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
DEC 16 2025
CLERKS OFFICE
DETROIT

United States District Court
Att: Clerk of Court
231 West Lafayette Boulevard, 5th Floor
Detroit, Michigan 48226

48226-277758