UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Charles Edward Erdmann,

        Plaintiff(s),

v.

Eric Rardin,

        Defendant(s).

Case No. 2:25−cv−13081−RJW−APP
Hon. Robert J. White

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on December 16, 2025.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ S. Schoenherr
Deputy Clerk

Dated:   December 16, 2025